UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-mj-1320-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| ABRAHAM XAVIER HERNANDEZ | ) | |

The United States Attorney charges that:

### Count One

On or about October 12, 2021, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, ABRAHAM XAVIER HERNANDEZ, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Section 641.

### Count Two

On or about October 18, 2021, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, ABRAHAM XAVIER HERNANDEZ, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States in violation of Title 18, United States Code, Section 641.

MICHAEL F. EASLEY, JR.
United States Attorney

By: _____
GREGORY T. FUNK
Special Assistant U.S. Attorney
Criminal Division